No. 132, Orig. ALABAMA ET AL. *v.* NORTH CAROLINA. Motion of the Special Master for allowance of fees and reimbursement of expenses granted, and the Special Master is awarded a total of $6,312.50 for the period July 1 through December 31, 2010, to be paid equally by the parties. JUSTICE KAGAN took no part in the consideration or decision of this motion. [For earlier order herein, see, *e. g., supra.*]

No. 10–224. NATIONAL MEAT ASSN. *v.* HARRIS, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–6704. IN RE WARREN. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1059] denied.

No. 10–6765. WILLIAMS *v.* CLINE ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1089] denied.

No. 10–6870. KELLNER *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1059] denied.

No. 10–7550. RUTHERFORD *v.* EMPLOYMENT STANDARDS ADMINISTRATION ET AL. C. A. 5th Cir.; and

No. 10–7765. AKERS *v.* MBNA AMERICA BANK, N. A. Ct. App. Tenn. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 8, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–7830. RIVERA *v.* SMITH ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 8, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.